MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS E. STEVENS  (CABN 168362)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax:  (415) 436-7234
   E-Mail:  Thomas.Stevens@usdoj.gov

Attorney for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-11-0924 JSW |
|     Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER RE:  SPEEDY TRIAL ACT |
|     v. | ) | |
| JEFFREY H.B. LAU, aka JEFFREY CHIU, and CHUCK L. SIU, | ) | |
|     Defendants. | ) | |

      The above-captioned matter came before the Court on December 15, 2011, for arraignment.  Defendant Lau was represented by Sara Rief, and defendant Siu was represented by Nanci Clarence.  The Court set the case for a status conference before Judge Jeffrey S. White on January 5, 2012.

      During the December 15 hearing, the Court made findings that the time from and including December 15, 2011, through and including January 5, 2012, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweighed the best interest of the public and defendants in a speedy trial.  The

**STIPULATION AND [PROPOSED] ORDER RE:  STA**
CR-11-0924 JSW

1  findings were based upon the need for the defendants and the government to have reasonable
2  time necessary for effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).
3       The parties hereby agree, and request, that the exclusion of time described above, be
4  granted.  The parties agree and stipulate that the additional time is appropriate and necessary
5  under Title 18, United States Code, § 3161(h)(7)(A), because the needs of justice served by the
6  continuance outweighs the best interest of the public and the defendants in a speedy trial.  This
7  time exclusion will allow counsel for the defendants and the government effectively to prepare,
8  taking into account the exercise of due diligence.

Dated:  December 16, 2011         /s
                                  SARA E. RIEF
                                  Counsel for Jeffrey H.B. Lau

Dated:  December 16, 2011         /s
                                  NANCI L. CLARENCE
                                  Counsel for Chuck L. Siu

Dated:  December 16, 2011         /s
                                  THOMAS E. STEVENS
                                  Assistant U.S. Attorney

   IT IS SO ORDERED.

Dated:  December  20 , 2011       _____
                                  HON. ELIZABETH D. LAPORTE
                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER RE:  STA
CR-11-0924 JSW                                2